FILED

2019 AUG 21 PM 2:10

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 5:19-cr-59-Oc-27PRL
18 U.S.C. § 242
18 U.S.C. § 1512(b)(3)

RICHARD PALMER

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about October 11, 2016, in Paisley, Florida, in the Middle District of Florida, the defendant

**RICHARD PALMER**

while acting under color of law as a Lake County Sheriff's Deputy, shot R.P., thereby willfully depriving her of the right secured and protected by the Constitution and laws of the United States to be free from unreasonable searches and seizures, which includes the right to be free from the use of unreasonable force by a law enforcement officer. The offense involved the use of a deadly weapon and resulted in bodily injury to R.P.

All in violation of 18 United States Code § 242.

### COUNT TWO

On or about October 11, 2016, in Paisley, Florida, in the Middle District of Florida, the defendant

SCANNED

RICHARD PALMER

knowingly engaged in misleading conduct toward another person and persons, that is, Special Agents of the Florida Department of Law Enforcement (FDLE), with the intent to hinder, delay, and prevent the communication to federal law enforcement officers and federal judges of the United States of truthful information relating to the commission and possible commission of the federal offense charged in Count One. That is, the defendant **RICHARD PALMER** knowingly misled FDLE Special Agents in statements he provided in connection with FDLE's investigation of the police-involved shooting of R.P. on October 11, 2016 by saying that R.P.'s left hand was in her pocket, that R.P. pulled her left hand out of her pocket, and that he saw a dark object in R.P.'s left hand, when in truth and in fact, as the defendant **RICHARD PALMER** well knew, R.P.'s hands were out of her pockets and R.P. had nothing in her hands.

All in violation of 18 United States Code § 1512(b)(3).

A TRUE BILL,

_____
Foreperson

ERIC S. DREIBAND
Assistant Attorney General
Civil Rights Division
U.S. Department of Justice

By: _____
Mark Blumberg
Special Legal Counsel
Criminal Section, Civil Rights Division

FORM OBD-34
APR 1991

No. _____

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Orlando Division

THE UNITED STATES OF AMERICA

vs.

RICHARD PALMER

## INDICTMENT

Violation:

18 U.S.C. §§ 242, 1512(b)(3)

A true bill,

_____
Foreperson

Filed in open court this 21st day of August, 2019.

_____
Clerk

Bail   $_____

GPO 863 525