**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

CLERK'S MINUTES
**MOTIONS HEARING**

Case Number: 5:19-CR-59-JDW-PRL

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | | Government Counsel: | Mark Blumberg |
| Plaintiff, | | | |
| v. | | | |
| **RICHARD PALMER** | | Defense Counsel: | Alan Samuel Diamond and Kepler Brooke Funk |
| Defendant. | | | |

| Judge: | **James D. Whittemore** | Court Reporter: | Rebekah Lockwood |
|---|---|---|---|
| Deputy Clerk: | Bettye Samuel | Interpreter: | N/A |
| Date: | April 27, 2021 | Time: Total: | 10:59AM – 11:59AM 1 hour |

Court in session and counsel identified for the record.

The Court addressed counsel and heard argument on the *Sealed Unopposed Motion to Postpone Trial* (Doc. 110).

The *Sealed Unopposed Motion to Postpone Trial* (Doc. 110) is GRANTED for the reasons stated on the record. The trial in this matter will be rescheduled, hopefully, to a date to be determined in October or November.

The Government is directed to file an updated supplement as to the availability of G.B. within 45 days. A status conference will be scheduled in about 60 days. The Court reviewed trial and *voir dire* practices and procedures for trial.

Court adjourned.